UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

CLINTON BRUNSON,

    Plaintiff,

v.                                                     Case No:   2:14-cv-351-FtM-38CM

JAMERSON FARMS OPERATIONS, LLC,

    Defendant.
_____/

## ORDER[1]

This matter comes before the Court on Joint Notice to Court regarding FLSA Settlement (Doc. #36) and Joint Stipulation for Dismissal with Prejudice (Doc. #37) filed on June 29, 2015. The parties indicate Plaintiff's claims have been resolved in full without compromise. (Doc. #36). The parties also jointly dismiss this matter with prejudice. (Doc. #37). All parties signed the notice. Since no FLSA settlement review is necessary and Rule 41(a)(1)(A) allows the parties to dismiss this matter without the Court's approval, this matter is dismissed without prejudice. Fed.R.Civ.P. 41(a)(1)(A); Lynn's Food Stores, Inc. v. United States Dep't of Labor, 679 F.2d 1350, 1352 (11th Cir. 1982); King v. My Online Neighborhood, Inc., No. 6:06-cv-435-Orl-22JGG, 2007 WL 737575, at *3 (M.D. Fla. Mar. 7, 2007) ("Where the employer offers the plaintiff full compensation on his FLSA claim, no compromise is involved and judicial approval is not required.") (citation omitted).

---

[1] Disclaimer: Documents filed in CM/ECF may contain hyperlinks to other documents or Web sites. These hyperlinks are provided only for users' convenience.  Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees.  By allowing hyperlinks to other Web sites, this court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites.  Likewise, the court has no agreements with any of these third parties or their Web sites.  The court accepts no responsibility for the availability or functionality of any hyperlink.  Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.

Accordingly, it is now

**ORDERED:**

This matter is **DISMISSED with prejudice**. The Clerk is directed to moot all pending motions, close the file, and enter judgment accordingly.

**DONE** and **ORDERED** in Fort Myers, Florida this 1st day of July, 2015.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:  All Parties of Record